# United States Bankruptcy Court
## Southern District of Florida

In re: **Care One Home Health, Inc.**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Care One Home Health, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 1, 2018**
Date

/s/ Rachamin "Rocky" Cohen
**Rachamin "Rocky" Cohen 96305**
Signature of Attorney or Litigant
Counsel for **Care One Home Health, Inc.**
Cohen Legal Services, PA
12 SE 7th Street
#805
Fort Lauderdale, FL 33301
305-570-2326
rocky@cohenlegalservicesfl.com